**Exhibit 1**

**CONSTRUCTION RECRUITERS**
**CONTRACTOR AGREEMENT**

Construction Recruiters, Inc. ("the Company") has retained OCEAN STATE EXECUTIVE SEARCH, LLC. ("the Contractor") to provide services to the Company under the following terms and conditions.

1. The Contractor will identify, contact and develop relationships with entities that employ individuals in the construction and related businesses ("Clients") and offer to recruit candidates for available positions. The Contractor will also identify and recruit appropriate, qualified individuals who may be interested in those positions ("Candidates"). The Contractor will introduce appropriate Candidates to Clients. The Contractor will be responsible for completing all work related to his/her recruiting activities.

2. This Agreement will cover, and will remain in effect during, any period in which the Contractor provides services to the Company. This Agreement, and the Contractor's relationship with the Company, may be terminated at any time by either party.

3. The Contractor will devote his/her best efforts to his/her responsibilities under this Agreement and will recruit Candidates to work in the construction and related businesses solely on behalf of the Company. The Contractor agrees not to perform any services for another entity that may compete with the services the Contractor performs for the Company. The Contractor will work as many hours as necessary to fulfill his/her obligations under this Agreement.

4. The Contractor may employ or retain individuals ("Agents") to provide, or help the Contractor provide. services covered by this Agreement ("Covered Services"). The Company has the absolute right to approve or disapprove the performance of any Covered Services by any individual other than the Contractor. The Company also has the right to require the Contractor to perform Covered Services directly and/or to prohibit any assignment of Covered Services. The Contractor is solely responsible for paying required taxes, providing necessary insurance and complying with all laws governing his/her employment or retention of any Agents.

5. This Agreement is applicable to, and binding on, the Contractor's Agents. The Contractor is responsible for ensuring that his/her Agents comply with every term of this Agreement. Any breach of this Agreement by an Agent of the Contractor shall be deemed a breach of this Agreement by the Contractor.

6. The Contractor is an independent contractor and will not be employed by the Company. The Contractor will not, at any time, assert that s/he is employed by the Company. The

Contractor acknowledges that, unless s/he has been specifically authorized by the President of the Company, s/he has no authority to, and will not purport to, make any commitment on behalf of the Company or bind the Company to any contract.

7. The Contractor will comply with all policies, procedures and requirements established by the Company. The Contractor will take no actions which are, or may be, contrary to the best interests of the Company.

8. The Contractor will be compensated solely by a percentage of the commission Clients pay the Company if a Client hires a Candidate. The Company will invoice Clients for all placements and will collect all commissions. The Contractor will be compensated for placements as described below.

a. The Company will pay the Contractor a fee of up to, but no greater than, fifty percent of the commission, minus administrative, advertising, marketing and collection costs, received by the Company for each placement. The amount due the Contractor will be referred to as the "Placement Fee".

b. At the Contractor's request, the Company may, in its discretion, pay him/her regular or irregular amounts to be deducted from the Placement Fee ("the Draw"). The amount of the Draw will be established by the Company. The Company will deduct the Draw it has paid the Contractor from any Placement Fees due the Contractor.

c. The Contractor agrees to repay any Draw he receives in excess of the Placement Fees he earned.

d. The Company will not pay the Contractor a Placement Fee if the Candidate placed by the Contractor leaves his/her position within the ninety-day warranty period unless the Contractor secures a replacement for the Candidate. If the Candidate does not secure the replacement, s/he agrees to return any Placement Fee s/he received for such Candidate.

9. The collection and negotiation of commissions from Clients is the sole responsibility of the Company. The Contractor shall not, at any time, attempt to negotiate or collect commissions from the Client. The Contractor shall not inquire into, or in any way investigate, the progress of payments or the status of any account without the express, advance permission of the President of the Company.

10. The Company will report all payments to the Contractor and to the Internal Revenue Service on a Form 1099. The Contractor will be solely responsible for payment of all taxes and any other amounts that may be due based on the Company's payments to him/her. The Contractor will indemnify the Company for any liability for failure to make any tax deductions or other

employment-related payments. The Contractor and his/her Agents will not be eligible for any benefits from the Company.

11. The Company will provide office space, computer and telephone equipment, supplies and administrative support to the Contractor. The Contractor will be responsible for paying his/her other expenses.

12. Upon termination of this Agreement, provided the Contractor has complied with all terms of this Agreement, including, without limitation, paragraphs 14 through 18, the Company will pay any Placement Fees due the Contractor. Such payment will not be due or payable until after the warranty period for the Candidate has passed.

13. To enable the Contractor to perform his/her duties, the Company must entrust the Contractor with proprietary and confidential business information belonging to the Company. "Confidential Information" includes any information about the Company, its Clients, Candidates and employees, including, without limitation, information developed by the Contractor, which is not generally known to the public and which could benefit a competitor of the Company or harm the interests of the Company.

14. The Contractor agrees that s/he will not at any time during or after the term of this Agreement disclose the Company's Confidential Information or use it in any way, except on behalf of the Company, or with the advance permission of the Company's President. This Agreement applies to all Confidential Information belonging to the Company, including Confidential Information the Contractor acquired prior to the effective date of this Agreement and Confidential Information produced by the Contractor's own efforts.

15. The Contractor further agrees, upon termination of this Agreement, to return all Confidential Information to the Company, including, but not limited to, all files, books, documents, computer disks or tapes, security and access codes and passwords, and other property belonging to or prepared on behalf of the Company, including Confidential Information produced by the Contractor's own efforts, and to refrain from making, retaining or distributing any copies of such information. The Contractor also agrees not to remove any Confidential Information from the Company's premises without the express, prior written consent of the Company.

16. In the course of performing services for the Company, the Contractor will, and has, developed relationships with Clients and Candidates. Those relationships constitute goodwill belonging to the Company. To protect the Company's goodwill, the Contractor agrees that s/he will not, during the term of this Agreement and for a period of one year after the termination of this

Agreement for any reason, directly or indirectly, solicit or attempt to persuade any Client or Candidate with whom s/he had any contact during his/her employment with the Company to sever the Client's or Candidate's relationship with the Company or enter into any contractual or business arrangement with the Contractor that is competitive with the services provided by the Company. In addition, the Contractor agrees that s/he will not, for a period of one year from the termination of this Agreement for any reason, directly or indirectly, recruit candidates for positions in any construction or related business in New England, New York, New Jersey or Florida.

17. During the term of this Agreement and for a period of one year after the termination of this Agreement, the Contractor will not, directly or indirectly, solicit any employee or contractor of the Company to sever his/her employment or contractual relationship with the Company.

18. The Contractor will not, at any time, seek to recruit any Candidate s/he has placed on behalf of the Company without the advance approval of the President of the Company.

This Agreement shall be governed by and construed in accordance with the laws of Massachusetts.

This Agreement constitutes the entire understanding of the parties about its subject matter, and supersedes any prior or contemporaneous agreements, communications or understandings.

The Contractor

______________________ Date: 5/31/05

Construction Recruiters, Inc.

By ______________________ Date: 5/31/05