Apr-05-04 02:21P ADVANCED BLDG CONCEP

Exhibit 2

# ENGAGED SEARCH AGREEMENT BETWEEN

*Construction Recruiters, Inc., Suite One, the Courtyard, 46 Waltham St., Boston MA 02118, 617 422 0888*

*AND*

*Advanced Building Concepts Co, 1077 Aquidneck Ave., Middletown RI 02842,401 849-6658*

1. **PARTIES:** The Parties to this Agreement are Construction Recruiters, Inc. and Advanced Building Concepts Co, hereinafter referred to as the "Client."

2. **NATURE OF AGREEMENT:** Construction Recruiters is hereby authorized by the Client to conduct various searches for candidates for employment with Client.

3. **SEARCH CRITERIA:** Client agrees to furnish Construction Recruiters with a partial written job description, including necessary criteria qualified candidate(s) must posses and full compensation and benefits package details.

Deleted:

4. **METHODOLOGY:** In performing searches, Construction Recruiters utilizes multiple industry resources to identify candidates. These include, but are not limited to: Our own database(s), Internet based job and resume boards, industry databases, professional association membership lists, networking letters and contracts, unsolicited approaches, target companies, prior searches, advertising and, perhaps most importantly, personal associations.

5. **CALCULATION OF FEE:** Prior to commencement of search, client will pay to Construction Recruiters a non-refundable engagement fee of $5833.00. Upon candidate's acceptance of Client's offer of employment, the Client will pay to Construction Recruiters a service fee of twenty-five per cent (25%) of the Client's good-faith estimate of the Candidate's first year earnings. First year earnings are defined to include base pay, bonuses, allowances, and/or expense account. Stocks, 401k contributions, equity or other non-cash compensation will NOT be used to calculate the fee. Engagement fee shall be applied towards the total service fee.

6. **WHEN PAYMENTS ARE DUE:** The search will commence when Construction Recruiters receives the engagement fee from the Client. The balance of the total service fee (minus the engagement fee) will be invoiced upon candidate's acceptance of Client's offer of employment, and due within ten (10) days. Any amounts outstanding after thirty (30) days may be subject to an interest rate of one (1%) percent per month.

7. **WARRANTY:** Construction Recruiters warrants that, (provided the full amount of the invoice is paid within the deadline stated above) if the Candidate's employment is terminated for any reason (other than for shortage of work) within 90 days from the start date, Construction Recruiters will, if requested, replace that candidate at <u>no additional charge</u>. In short, Construction Recruiters desires to develop long-term relationships and stands wholeheartedly behind its work.

8. **RIGHT OF FIRST REFUSAL:** Client shall have the exclusive right of first refusal to interview all candidates presented by Construction Recruiters for the engaged search. Construction Recruiters will not present such candidates to other clients while the candidate is under consideration by the Client. Client agrees to either schedule an interview or release each candidate presented within a reasonable period of time, generally not to exceed five business days without prior written consent from Construction Recruiters. If Client or the candidate is no longer interested in proceeding, then Client hereby agrees that Construction Recruiters can introduce the candidate to other searches.

9. **EXCLUSIVITY:** In the interest of creating a unified and expedited search, Client agrees that Construction Recruiters will be the sole third party provider of search services for the specified engaged search(es). Client will not advertise separately, including Print, Internet, or using other media. Client will not authorize any other search services firms or third parties to advertise specified job(s).

10. ***CORRESPONDENCE:*** *Client agrees to provide feedback* in a timely manner to Construction Recruiters as well as copies of all correspondence between Client and any candidates furnished by Construction Recruiters.

11. **NEGOTIATE THE OFFER:** Construction Recruiters will, at Client's request, extend and negotiate offers of employment for specified candidate(s).

*continues*

12. **PRIOR FAMILIARITY:** Should a candidate identified and presented by *Construction Recruiters* already be known to the Client, or be recorded on a database compiled by the Client, it will not in any way dilute the value of our service should the candidate be hired.

13. **PEFORMANCE:** The Client's consideration and/or interview of candidates presented by Construction Recruiters shall constitute acceptance of the terms and conditions contained in this agreement. Construction Recruiters' introduction of at least two, and up to five, acceptable candidates to the Client shall be deemed to be full performance by Construction Recruiters.

14. **CANCELLATION:** The Client may cancel this Agreement at any time prior to a candidate's acceptance of the Client's offer. However, in the event that a candidate already presented in the course of the search is hired within one year of the termination of the search, the balance of the total fee will be due and payable.

**CLIENT AGREES THAT IT HAS READ THIS AGREEMENT IN ITS ENTIRETY, UNDERSTANDS IT, AND AGREES TO BE BOUND BY IT.**

| | | |
|---|---|---|
| [signature] | John Becks | 4-1-4 |
| **John [illegible]**<br>President | **Print Name** | **Date** |
| | | |
| **Larry Wisniewski**<br>VP South Shore, RI, CT | **Print Name** | **Date** |

**COMPLETE AGREEMENT:** This Agreement contains the entire agreement and understanding between the parties as to the subject matter hereof and no oral statements or representations or prior written matter or understandings not contained herein shall have any force or effect. This Agreement supercedes all prior Agreements between the parties. No amendment of this Agreement or waiver of any rights hereunder shall be effective unless in writing and signed by an authorized representative of the party against whom enforcement is sought.

**GOVERNING LAW AND FORUM:** This Agreement and its terms shall be governed by, construed, and enforced in accordance with the laws of the Commonwealth of Massachusetts where it shall be deemed to have been signed. Any action to enforce, arising out of, or relating in any way to, any of the provisions of this Agreement must be brought and prosecuted in a court of competent jurisdiction located in Massachusetts and the parties consent to the jurisdiction of said courts and waive objection to personal jurisdiction or venue.

It is also the intention of each of the undersigned parties that the other party may rely on a facsimile copy of the signature of its duly authorized officer in connection with the matters set forth herein and that upon the exchange of such facsimile signatures, electronically or otherwise, this agreement shall be binding between the parties, whether or not hard copies of this agreement are ever exchanged between them.

**INDEMNIFICATION:** Client shall indemnify and hold Construction Recruiters harmless from and against all suits, proceedings at law or in equity, claims, liabilities, costs, payments and expenses (including reasonable attorneys' fees) asserted against Construction Recruiters or incurred by Construction Recruiters arising out of any claim for damages to property or injuries to persons, caused by or resulting from the willful or negligent acts or omissions of a candidate. Client agrees to indemnify and reimburse Construction Recruiters for the costs of all services and expenses incurred in connection with any collection effort should it be necessary for Construction Recruiters to engage legal counsel or a collection agency to collect monies due Construction Recruiters as a result of Client's failure to pay any funds due Construction Recruiters.

**HEADINGS:** Titles or captions contained in this Agreement are inserted only for convenient reference, and in no way define or limit the scope or intent of this Agreement or any provision hereof.

**SEVERABILITY:** If any provision of this Agreement is adjudged to be invalid, void, or unenforceable, the Parties agree that the remaining provisions of this Agreement shall not be affected thereby, that the provision in question may be replaced by the lawful provision that most nearly embodies the original intention of the Parties, and that this Agreement shall in any event otherwise remain valid and enforceable.

**WAIVER:** The failure of either Party to give notice of non-performance, breach, or termination, or to otherwise enforce any rights hereunder, shall not constitute a waiver of any terms or conditions of this Agreement.

*### end ###*