**Exhibit 5**

# MARSHALL LAW GROUP

Employment Law for Business

37 Walnut Street
Wellesley, Massachusetts 02481
www.marshallawgroup.com

781-235-4855
FAX: 781-235-908.
mlm@marshallawgrou m

March 1, 2006

By Federal Express

John Brooks, President
Advanced Building Concepts
1077 Aquidneck Avenue
Middleton, RI 02842

Re: Larry Wisniewski

Dear Mr. Brooks:

I represent Construction Recruiters in employment matters. I understand that Larry Wisniewski, a former employee of Construction Recruiters, has placed Jay Edwards with your company and is urging you to pay him a placement fee.

As Colm Allen has explained to you, Mr. Wisniewski has an enforceable, written agreement with Construction Recruiters. That contract prohibits him from entering into precisely the type of verbal agreement he has with you. Specifically, your agreement to pay Mr. Wisniewski a fee for Mr. Edwards' placement is a clear and direct violation of Mr. Wisniewski's contract with Construction Recruiters.

Mr. Allen has asked me to send you a copy of the letters I sent him and Mr. Wisniewski about this matter. I have also enclosed a copy of Mr. Wisniewski's contract for your review.

I regret that you have become involved in this matter. If I can provide any assistance or advice, please have your attorney contact me or, if you do not have an attorney, do not hesitate to contact me directly.

Sincerely,

Mary Marshall

Mary L. Marshall

Enclosure

cc: Colm Allen
Larry Wisniewski