UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CONSTRUCTION RECRUITERS, INC.<br><br>Plaintiff<br><br>v.<br><br>LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH AND ADVANCED BUILDING CONCEPTS<br><br>Defendants. | ) | CA 06 111 S<br>C.A. NO. |

**CORPORATE DISCLOSURE STATEMENT**
**FOR PLAINTIFF CONSTRUCTION RECRUITERS, INC.**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Construction Recruiters, Inc. states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,
CONSTRUCTION RECRUITERS
By Its Attorneys,

Raymond A. Marcaccio, Esq. (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com