CA06 111S

# VERIFICATION

I, Colm Allen, President of Construction Recruiters, Inc., hereby verify that the allegations set forth in this Verified Complaint are true and accurate based upon my information, understanding and belief.

[signature]
Colm Allen

STATE OF MASSACHUSETTS
COUNTY OF Suffolk

In Boston on this 9th day of March, 2006, before me personally appeared Colm Allen, to me known and known by me to be the person executing the foregoing instrument and he acknowledged said instrument, by him executed, to be his free act and deed.

Ashleigh R. Grondin
Notary Public

My commission expires: February 16, 2012

OFFICIAL SEAL
ASHLEIGH R. GRONDIN
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Feb. 16, 2012