AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Construction Recruiters, Inc.

V.

Lawrence Wisniewski, et al

**SUMMONS IN A CIVIL CASE**

CA 06 111 S

CASE NUMBER:

TO: (Name and address of Defendant)

Lawrence Wisniewski
158 Salina Street
Providence, RI 02908

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond A. Marcaccio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3/9/06

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3-9-06 |
| NAME OF SERVER *(PRINT)* Robert J. Kildoff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the ~~third-party~~ defendant. Place where served: 58 Salina Street, Providence, RI

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

[ ] Returned unexecuted: ______

[ ] Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/9/06 At 4:33Pm
Date

[signature]
Signature of Server

16 Cornell Ave, Rumford, RI 02916
Address of Server

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2006 MAR 14 A 9:56

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.