**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CONSTRUCTION RECRUITERS, INC.,** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **Vs.** | : | **C.A. No. 06-111S** |
| | : | |
| **LAWRENCE WISNIEWSKI, OCEAN** | : | |
| **EXECUTIVE SEARCH and** | : | |
| **ADVANCED BUILDING CONCEPTS,** | : | |
| ***Defendants*** | : | |

Please serve:

Larry Wisniewski
58 Salina Street
Providence, Rhode Island

ISSUING OFFICER SIGNATURE — DATE: 3/10/06

ATTORNEY FOR: [XX] Plaintiff [ ] Defendant

Raymond A. Marcaccio — #3569
ISSUING OFFICER'S NAME (Print/Typed) — REGISTRATION #

OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400 — Providence — RI — 02903
STREET — CITY/TOWN — STATE — ZIP

**PROOF OF SERVICE**

3/15/06 — 58 Salina Street 3rd fl. Prov, RI
DATE — PLACE

**SERVED**

Larry Wisniewski — Personal
SERVED ON (PRINT NAME) — MANNER OF SERVICE

Robert J. Kilduff — Constable #[illegible]
SERVED BY (PRINT NAME) — TITLE

**DECLARATION OF SERVER**

I declare under the penalty of perjury that the foregoing Motion for a Temporary Restraining Order and the accompanying Memorandum of Law and the information contained in the Proof of Service is true and correct.

Executed on 3/15/06 at 5:47 P.M — SIGNATURE OF SERVER
DATE

16 Cornell Ave
Rumford RI 02916
ADDRESS OF SERVER