UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSTRUCTION RECRUITERS, INC.

V. C.AN. NO: 06-111

LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH & ADVANCED BUILDING CONCEPTS

**ENTRY OF APPEARANCE**

I, Carl S. Levin, enter my appearance on behalf of Lawrence Wisniewski and Ocean States Executive Search.

Defendants,
By their attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26