UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CONSTRUCTION RECRUITERS, INC.<br>Plaintiff | : | |
| Vs. | : | C.A. NO. |
| LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH and ADVANCED BUILDING CONCEPTS<br>Defendants | : | CA 06 111 S |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Construction Recruiters hereby moves that Samantha C. Halem be admitted *Pro Hac Vice* in the above case as counsel with local counsel identified below.

Respectfully submitted,
CONSTRUCTION RECRUITERS
By its Attorneys,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: March 9, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, Samantha C. Halem, hereby certify as follows:

1. I am a member in good standing of the bar of the State of Massachusetts and of the Federal District Court of Massachusetts, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

3. I have never been convicted of any crime other than minor traffic offenses.

4. Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Samantha C. Halem, Esq. BBO# 649624
Marshall Law Group
37 Walnut Street
Wellesley, MA 02481
Phone: (781)235-4855
Fax: (781) 235-9083

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Raymond A. Marcaccio, Esq. (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Facsimile

**ORDER**

This motion is hereby Granted.

WSM
District Judge
Date: 3/17/06