UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 22 2006
Property of U.S. District Court
District of Rhode Island

CONSTRUCTION RECRUITERS, INC.,
Plaintiff,

v.

LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH AND ADVANCED BUILDING CONCEPTS,
Defendants.

C.A. NO. 06-111S

## STIPULATION

Now come Plaintiff Construction Recruiters, Inc. and Defendant Advanced Building Concepts, ("ABC") through counsel, and hereby stipulate that the commission owed by ABC, referenced in ¶ 7 of Plaintiff's Verified Complaint, shall be held in escrow in an interest bearing account by ABC. The parties further stipulate that ABC shall not disburse said monies to either Construction Recruiters, Inc. or Defendant Lawrence Wisniewski, until instructed to do so by Court order.

Raymond A. Marcaccio, Esquire (#3569)
Attorney for Plaintiff Construction Recruiters, Inc.
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

David P. Martland, Esquire (#5796)
Attorney for Defendant Advanced Building Concepts
1100 Aquidneck Avenue
Middletown, RI 02842
(401) 253-3998
(401) 849-1820

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 3/28/06

Of Counsel:

Mary L. Marshall, Esquire
MARSHALL LAW GROUP
37 Walnut Street, Suite 300
Wellesley, MA 02481
(781) 235-4855
mlm@socialaw.com

Dated: March 16, 2006

ENTER: PER ORDER:

______________________________ ________________________________________

## CERTIFICATION

I hereby certify that a true copy of the foregoing *STIPULATION* was mailed, postage prepaid, to Carl S. Levin, Esquire, ARMSTRONG, GIBBONS & GNYS, LLP, 155 South Main Street, Suite 301, Providence, RI 02903 on the 22nd day of March, 2006.

______________________________