UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
MAR 28 2006
Property of U.S. District Court
District of Rhode Island

CONSTRUCTION RECRUITERS, INC.

V. C.AN. NO:06-111S

LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH & ADVANCED BUILDING CONCEPTS

**STIPULATION ALLOWING DEFENDANTS LAWRENCE WISNIEWSKI & OCEAN STATE EXECUTIVE SEARCH, LLC AN EXTENSION OF TIME TO FILE AN ANSWER TO THE PLAINTIFF'S COMPLAINT**

Now come counsel for the parties in this matter and enter this Stipulation allowing Lawrence Wisniewski and Ocean State Executive Search, LLC, an extension of time of thirty (30) days within which to file an answer to the complaint. As a basis for this Stipulation, the parties have reached an agreement on settlement and require time to prepare and execute the necessary documents.

Defendants,
By their attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26

Plaintiff,
By its attorneys,

Raymond Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 861-2900

Mary Marshall (RM)

Mary Marshall, Esq.
Marshall Law Group
37 Walnut Street
Wellesley, MA 02481

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 3/29/06