UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSTRUCTION RECRUITERS, INC.

V. C.AN. NO. 06-111S

LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH & ADVANCED BUILDING CONCEPTS

RECEIVED
APR 28 2006
U.S. District Court
District of Rhode Island

**DISMISSAL STIPULATION**

Now come counsel for the parties in this matter and enter this Stipulation dismissing all claims with prejudice, with no assessment of costs, interest or attorneys fees.

**Lawrence Wisniewski,**
**Ocean State Executive Search, LLC**
By their attorneys,

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

**Construction Recruiters, Inc.**
By its attorneys,

Raymond Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

**Advanced Building Concepts, Inc.**
By its attorney,

David P. Martland, Esq. #5796
Silva, Thomas, Martland & Offenberg
1100 Aquidneck Avenue
Middletown, RI 02842

**Construction Recruiters, Inc.**
By its attorney,

Mary Marshall, Esq., *Pro Hoc Vice*
Marshall Law Group
37 Walnut Street
Wellesley, MA 02481

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 4/28/06