UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CONSTRUCTION RECRUITERS, INC.

V. C.AN. NO: 06-111S

LAWRENCE WISNIEWSKI, OCEAN STATE EXECUTIVE SEARCH & ADVANCED BUILDING CONCEPTS

**JUDGMENT STIPULATION**

It is agreed by and between Lawrence Wisniewski, his representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity (hereinafter referred to as "Wisniewski"); Ocean State Executive Search, LLC, its representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity (hereinafter referred to as "Ocean State"); Construction Recruiters, Inc., its representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity (hereinafter referred to as "CR") and Advanced Building Concepts, its representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity (hereinafter referred to as "ABC") collectively the "Parties" as follows:

A. The Contractor Agreement dated May 31, 2005 signed by CR and Ocean State shall be deemed void and shall not be binding on Wisniewski or Ocean State;

B. Wisniewski shall be able to conduct business in any field or manner of occupation in any state without restriction;

C. Ocean State shall be able to conduct business in any field or manner of occupation in any state without restriction;

D. CR is the lawful owner of the ABC placement fee held in escrow (hereinafter referred to as the "ABC placement fee");

E. The ABC placement fee shall be released by ABC from the escrow account and paid to CR as soon as practicable after the Judgment Stipulation and the Release have been signed by all of the Parties;

F. CR shall issue an invoice to ABC for the ABC placement fee;

G. CR shall not issue a 1099 to Ocean State or Wisniewski in connection with the ABC placement fee;

H. CR is the lawful owner of the M.L. McDonald, Inc., (hereinafter referred to as "MLM") placement fee (hereinafter referred to as the "MLM placement fee");

I. CR has issued an invoice to MLM for the MLM placement fee;

J. CR shall not issue a 1099 to Ocean State or a W2 to Wisniewski for any portion of the MLM placement fee;

K. Between the date this Judgment Stipulation is signed by Wisniewski and November 8, 2006, if Wisniewski initiates contact with any former client or candidate of CR, of which he is aware said person is a former client or candidate of CR, Wisniewski shall advise said person that he is no longer associated with CR and shall take no action that shall imply Wisniewski is associated with CR;

L. Wisniewski represents that he, individually and in his capacity as a representative of Ocean State, does not possess any confidential information belonging to CR;

M. CR shall release and waive any claim it may have in connection with any placement made by Wisniewski while he was engaged as an employee of CR;

N. CR shall release and waive any claim it may have in connection with any placement made by Ocean State while it was engaged in an independent contractor relationship with CR

O. Wisniewski shall release and waive any claim he may have in connection with any placement made by Wisniewski while he was engaged as an employee of CR;

P. Ocean State shall release and waive any claim it may have in connection with any placement made by Ocean State while it was engaged in an independent contractor relationship with CR;

Q. ABC shall release and waive any claim it may have in connection with the ABC placement fee;

R. The Parties shall bear their own costs, expenses and attorney's fees arising of the within action;

S. Wisniewski, Ocean State and CR shall refrain from making disparaging remarks about each other;

T. This Judgment Stipulation shall be construed, in any case where doubt may arise, in such a manner as will make it lawful and fully enforceable. Should any provision of this Judgment Stipulation be declared or be determined by any court to be illegal or invalid, the validity of the remaining parts, terms or provisions shall not be affected thereby and said illegal or invalid part, term, or provision shall be deemed not to be part of this Judgment Stipulation.

U. The provisions of this Judgment Stipulation and the acknowledgments contained herein shall be binding upon and inure to the benefit of the Parties and their related representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity.

V. In the event any litigation or other proceeding is brought for the interpretation or enforcement of this Judgment Stipulation, or because of any alleged dispute, default, misrepresentation, or breach in connection with any of the provisions of this Release, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs actually incurred in connection therewith, including but not limited to litigation at trial and on appeal, in addition to any other relief to which it may be entitled.

W. This Judgment Stipulation and a Release signed by the Parties constitute the entire understanding between the Parties relating to the subject matter hereof and supersede any prior agreements between the Parties relating to the subject matter hereof;

X. The Parties shall sign a Release contemporaneously with the filing of this Judgment Stipulation; and

Y. The Parties shall execute and file a Dismissal Stipulation contemporaneously with the filing of this Judgment Stipulation, dismissing this case with prejudice.

**Lawrence Wisniewski,**
**Ocean State Executive Search, LLC**
By their attorneys,

________________________
Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

**Construction Recruiters, Inc.**
By its attorneys,

________________________
Raymond Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

**Advanced Building Concepts, Inc.**
By its attorney,

________________________
David P. Martland, Esq. #5796
Silva, Thomas, Martland & Offenberg
1100 Aquidneck Avenue
Middletown, RI 02842

**Construction Recruiters, Inc.**
By its attorney,

________________________
Mary Marshall, Esq., *Pro Hoc Vice*
Marshall Law Group
37 Walnut Street
Wellesley, MA 02481

U. The provisions of this Judgment Stipulation and the acknowledgments contained herein shall be binding upon and inure to the benefit of the Parties and their related representatives, agents, officers, servants, heirs, administrators, executors, successors, assigns and any other related person, firm, corporation or business entity.

V. In the event any litigation or other proceeding is brought for the interpretation or enforcement of this Judgment Stipulation, or because of any alleged dispute, default, misrepresentation, or breach in connection with any of the provisions of this Release, the prevailing party shall be entitled to recover reasonable attorneys' fees and costs actually incurred in connection therewith, including but not limited to litigation at trial and on appeal, in addition to any other relief to which it may be entitled.

W. This Judgment Stipulation and a Release signed by the Parties constitute the entire understanding between the Parties relating to the subject matter hereof and supersede any prior agreements between the Parties relating to the subject matter hereof;

X. The Parties shall sign a Release contemporaneously with the filing of this Judgment Stipulation; and

Y. The Parties shall execute and file a Dismissal Stipulation contemporaneously with the filing of this Judgment Stipulation, dismissing this case with prejudice.

**Lawrence Wisniewski,**
**Ocean State Executive Search, LLC**
By their attorneys,

______________________________
Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903

**Construction Recruiters, Inc.**
By its attorneys,

______________________________
Raymond Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, Rhode Island 02903

**Advanced Building Concepts, Inc.**
By its attorney,

[signature]
David P. Martland, Esq. #5796
Silva, Thomas, Martland & Offenberg
1100 Aquidneck Avenue
Middletown, RI 02842

**Construction Recruiters, Inc.**
By its attorney,

______________________________
Mary Marshall, Esq., *Pro Hoc Vice*
Marshall Law Group
37 Walnut Street
Wellesley, MA 02481

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 5/1/06